IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JAMES KIM | ) | |
| | ) | No. 3-14-1138 |
| v. | ) | |
| | ) | |
| ASSET ACCEPTANCE, LLC | ) | |

O R D E R

On June 20, 2014, the plaintiff filed a notice of settlement (Docket Entry No. 4), in which he represented that the parties had reached a resolution of this case.

As a result, the initial case management conference, scheduled on June 24, 2014, is CANCELLED.

The plaintiff shall have until July 31, 2014, to file a notice of voluntary dismissal in accord with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, no answer or motion for summary judgment having been served by the defendant.

The Clerk is directed to forward the file in this case to the Honorable Kevin H. Sharp for his consideration of the plaintiff's notice of voluntary dismissal to be filed by July 31, 2014, and entry of any appropriate order.

Unless otherwise directed by the Court or upon motion of the parties, there will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge