IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES KIM | ) |
| | ) Case No. 3:14–1138 |
| v. | ) JUDGE SHARP |
| | ) |
| ASSET ACCEPTANCE, LLC, | ) |
| | ) |

## O R D E R

Pursuant to the Notice of Dismissal with Prejudice (Docket No. 6) filed by the plaintiff, this action is hereby dismissed with prejudice pursuant to Rules 41(a) of the Federal Rules of Civil Procedure.

It is so ORDERED.

*/s/ Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE